ROBERT FARLEY *v.* T.R.W., INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 191, is denied.

*John T. Grillo,* in support of the petition.

*Shaun M. Slocum,* in opposition.

Decided November 8, 1985

---

MICHAEL KASPER ET AL. *v.* JAMES R. ANDERSON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 358, is denied.

*William F. Gallagher,* in support of the petition.

*Gregory P. Kinsella,* in opposition.

Decided November 8, 1985

---

ON SITE ENERGY CORPORATION *v.* SPERRY RAND CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 326, is denied.

*Richard L. Albrecht,* in support of the petition.

*Francis J. McNamara, Jr.,* and *Eric Watt Wiechmann,* in opposition.

Decided November 8, 1985

---

THOMAS ROBIDOUX ET AL. *v.* UNITED PARCEL SERVICE, INC.

The defendant's petition for certification for appeal from the Appellate Court is denied.

*James F. Meehan,* in support of the petition.

*Gregg D. Adler,* in opposition.

Decided November 8, 1985